AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| CATHERINE ESPERANZA AMADOR, an individual<br>*Plaintiff(s)*<br>v.<br>EVERGREEN APPS LLC d/b/a PIN TRADING APP; ULTRAVIOLET, LLC; ANDY NGUYEN, an individual; and DOES 1 to 10, inclusive<br>*Defendant(s)* | ) | Civil Action No. 8:26-cv-02904 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

EVERGREEN APPS LLC
d/b/a PIN TRADING APP
390 NE 191st Street, Suite 8733
Miami, Florida 33179-3899

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph N. Casas, Esq. [CSB No. 225800]
THE CASAS LAW FIRM, P.C. / Talent Rights Law
8383 Wilshire Blvd., Suite 800
Beverly Hills, CA 90211
Telephone: (855) 267-4457
joseph@talentrights.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* __________

was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* __________

__________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________

__________ , a person of suitable age and discretion who resides there,

on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is designated by law to accept service of process on behalf of *(name of organization)* __________

__________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: __________

__________

*Server's signature*

__________

*Printed name and title*

__________

*Server's address*

Additional information regarding attempted service, etc: